UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA L. RAMOS,<br>    Plaintiff<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br>    Defendant. | Case No. 2:14-cv-8829-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: November 17, 2015   _____
                            GAIL J. STANDISH
                            UNITED STATES MAGISTRATE JUDGE