1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Sara L. Ramos

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SARA L. RAMOS,                    ) Case No.: 2:14-cv-08829 GJS
                                      )
12         Plaintiff,                 ) [PROPOSED] ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                            ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN, Acting         )
    Commissioner of Social Security,  )
15                                    )
           Defendant                  )
16  _____   )

17

18    Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20    IT IS ORDERED that fees and expenses in the amount of $4,200.00 as

21  authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

22  DATE:  December 30, 2015

23                                    _____
                                      GAIL J. STANDISH
24                                    UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Denise Bourgeois Haley*
   _____
4  Denise Bourgeois Haley
   Attorney for plaintiff Sara L. Ramos